1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. HARTER, #179741
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814
   P: 916-498-5700/F: 916-498-5710
5  Linda_Harter@fd.org

6  Attorney for Defendant
   CARLOS ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.  2:23-mj-0017 JDP |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ ORDER TO VACATE STATUS CONFERENCE AND SET FOR TRIAL |
| v. | ) | |
| CARLOS ORTIZ | ) | |
| Defendant. | ) | DATE:   June 12, 2023<br>TIME:     10:00 am<br>JUDGE:  JEREMY D. PETERSON |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for June 12, 2023, at 10:00 a.m. be vacated, and that a bench trial be set for **August 8, 2023 at 9:30 am.** The parties estimate one day of trial in this case.

Dated:  June 8, 2023                                  Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                      Federal Defender

                                                      */s/ Linda C. Harter*
                                                      LINDA C. HARTER
                                                      Assistant Federal Defender
                                                      Attorney for Defendant

| | |
|---|---|
| | PHILLIP A. TALBERT<br>United States Attorney |
| Dated: June 8, 2023 | /s/ Justin Lee<br>JUSTIN LEE<br>Assistant United States Attorney<br>Attorney for Plaintiff |

IT IS SO ORDERED.

Dated: June 9, 2023

JEREMY D. PETERSON
United States Magistrate Judge